# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. PELLUM, SR., | Case No. 1:13-cv-001501-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| | (Docket No. 5) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | |
| Defendant. | |
| _____/ | |

Plaintiff Jason E. Pellum, Sr. ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on August 1, 2013. (Doc. 1.) On August 26, 2013, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 5.) On September 17, 2013, the case was transferred from the Sacramento division to the Fresno division of the U.S. District Court

1  for the Eastern District of California.

2      Plaintiff's application demonstrates that he is entitled to proceed without prepayment of
3  fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:  **October 21, 2013**          /s/ **Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE